UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                  Criminal No. 11-cr-170-01-JL

<u>Ingrid Elena Del Arca Lopez</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted, although the motion does not explain why (or even expressly claim that) the original trial date did not "allow her counsel to investigate the facts of the case, and to prepare for trial or, in the alternative, to negotiate a nontrial disposition," or why the US Attorney -- who is not alleged to have delayed the production of discovery -- agrees there is a "need" for a delay, as the motion states.  STA stipulation received and reviewed.  Final Pretrial is rescheduled to May 24, 2012 at 3:30 p.m.; trial is continued to the two-week period beginning June 5, 2012, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  March 19, 2012

cc:  Jeffrey Levin, Esq.
     Alfred Rubega, Esq.
     U.S. Marshal
     U.S. Probation