UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                         Criminal No. 11-cr-170-01-JL

Ingrid Elena Del Arca Lopez

O R D E R

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; no further continuances without exceedingly good cause shown.  Final Pretrial is rescheduled to July 26, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning August 7, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  May 15, 2012

cc:  Jeffrey Levin, Esq.
     Alfred Rubega, Esq.
     U.S. Marshal
     U.S. Probation